FILED'09 NOV 19 15:32 USDC-ORP

WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ANITA MILCH,**                                           CV # 08-1075-HA

  Plaintiff,

vs.                                                        ORDER

**COMMISSIONER of Social Security,**

  Defendant.

_____

    Attorney fees in the amount of $5,100.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 19 day of November, 2009.

/s/ Ancer L. Haggerty
United States District Judge

Submitted on November 18, 2009 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1